FILED

2012 FEB 22 PM 1: 11

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:03-cr-144-J-20TEM

WILLIE LEE CLARIDY
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's "Motion for Sentence Reduction Pusuant [sic] to 3582(c)(2) and Memorandum in Support of Brief" (Dkt. 77).

Pursuant to the Fair Sentencing Act of 2010, the United States Sentencing Commission promulgated an emergency, temporary sentencing guideline amendment lowering the base offense levels for cocaine base (crack cocaine) offenses for eligible defendants sentenced on or after November 1, 2010. A permanent amendment was subsequently promulgated, Amendment 750. That permanent amendment, which became effective November 1, 2011, assigns the same quantities of crack cocaine to the same base offense levels as did the emergency, temporary amendment. On June 30, 2011, the Sentencing Commission decided that the reduced base offense levels assigned to the quantities of crack cocaine, listed in the Drug Quantity Table at U.S.S.G. § 201.1 (c), should be applied retroactively to defendants sentenced before November 1, 2010.

Defendant alleges that he is eligible for sentence reduction based on Amendment 750. However, Defendant is not entitled to such relief as he was sentenced as a career offender.

Accordingly, it is **ORDERED**:

Defendant's "Motion for Sentence Reduction Pusuant [sic] to 3582(c)(2) and Memorandum

in Support of Brief" (Dkt. 77) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23 day of February, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Willie Lee Claridy, *pro se*
Patricia Barksdale, Esq.